*11088938*
*409.10*

**MORRIS L. HORWITZ**
**CHAPTER 7 TRUSTEE IN BANKRUPTCY**
1321 Millersport Highway, Suite 101
Williamsville, New York 14221
(716) 838-4300 (Erie)
(716) 693-4529 (Niagara)

November 23, 2009

Office of the United States Trustee
42 Delaware Avenue, Suite 100
Buffalo, New York 14202
Attention: Anne Quinn

Clerk of the Bankruptcy Court
300 Pearl Street, Suite 250
Buffalo, New York 14202

Re: LEWIS, SANDRA K.          95-10452-K

The dividend check(s) listed below have not been negotiated. Consequently, enclosed please find my check as trustee payable to the Clerk in the aggregate amount of said check(s).

Claim No. 2
Issued: 6/8/09
Amount: $409.10
Payee:    NYNEX.
          Verizon, East Bankruptcy Administration
          PO Box 3037
          Bloomington, IL 61702

More than ninety days have elapsed since the issuance of said check(s).

Very truly yours,

MORRIS L. HORWITZ
Chapter 7 Trustee

MLH/tim

FILED NOV 25 2009 BANKRUPTCY COURT BUFFALO, N.Y.